UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br><br>    Plaintiff,<br><br>v.<br><br>R. JAIME-DAUMY, et al.,<br><br>    Defendants. | Case No. 23-cv-00532-HSG<br><br>**ORDER OF DISMISSAL** |

On February 6, 2023, the Court received a letter from Plaintiff addressed to the Clerk of the Court, stating that he sought to update his address and stating that he had a case against correctional officer R. Jaime-Daumy, former San Quentin State Prison ("SQSP") warden Ron Ward, and current SQSP warden Broomfield, for tampering with his mail. Dkt. No. 1. Pursuant to this letter, the Court opened a civil rights action under the above-captioned case number. However, it appears that Plaintiff was seeking to file this letter in the closed case, C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al*., and that this action was opened in error. The Clerk of the Court is therefore directed to administratively close this action as opened in error, and docket Dkt. Nos. 1 and 2 in this case in C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al*. Because the action was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated: 2/7/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge