UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. JAIME-DAUMY, et al.,<br><br>    Defendants. | Case No. 23-cv-00532-HSG<br><br>**ORDER DENYING AS MOOT REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 6 |

On February 7, 2023, the Court administratively closed this action as opened in error because the pleadings commencing this action sought relief in Plaintiff's other case, C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al*. Dkt. No. 5. However, prior to the administrative closure, the Clerk's Office sent out deficiency notices, directing Plaintiff to file a complaint or petition on a form, and an application to proceed *in forma pauperis*. Dkt. Nos. 3, 4. These deficiency notices were sent in error. There are no pending filing requirements or deadlines in this action as it was opened in error. Plaintiff has filed a motion requesting an extension of time to file his *in forma pauperis* application. Dkt. No. 6. This motion is DENIED as moot. Plaintiff need not file a complaint in this action, or file an *in forma pauperis* application. This case is closed.

This order terminates Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: 3/16/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge