Plaintiff's Name __Tijue Adolphus McGhee__
Prisoner No. __J39474__
Institutional Address __San Mateo County Jail Maguire Facility 300 Bradford Street Redwood City, CA. 94063__

FILED
MAR 14 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

__Tijue Adolphus McGhee__
*(Enter your full name)*
v.
__R. Jaime-Daumy, "Corrections Officer", "Corrections Officer" A. Wren.__

*(Enter the full name(s) of all defendants in this action)*

Case No. __4:23-cv-00532-HSG__
*(Provided by the clerk upon filing)*

"AMENDED COMPLAINT"
COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

NU

## I. Exhaustion of Administrative Remedies.
*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement __MAGUIRE CORRECTIONAL FACILITY__

B. Is there a grievance procedure in this institution? ☒ YES  ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES  ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: __There Was No Relief At This Level Which I Proceeded Forward With The 602 Process. The Way To Sacramento.__

   2. First formal level: __Filed With The San Quentin Appeals Coordinator Denied, No Relief Can Be Granted.__

*Prisoner Complaint (rev. 12/2020)*     Page 1 of 3

3. Second formal level: The Grievance Was Answered at this level on July 15, 2019, and prison officers delayed return of grievance until August 13th, 2019 to prevent timely appeal to 3rd level.

4. Third formal level: The third level appeal was denied as exceeding time limits, which was not of my own doing.

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES    ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

None

B. For each defendant, provide full name, official position and place of employment.
R. Jaime - Dummy Corrections Officer San Quentin State Prison. In Marin County California. A. Wyen Corrections Officer San Quentin State Prison In Marin County California.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On The Date Of June 23rd, 2019, I informed defendant Wyen that I have outgoing legal mail. The mail being clearly marked as legal mail and was addressed to my attorney, Richard Braucher of the First Appell-

### III. Statement of Claim Cont.,

1. On the date of June 23rd, 2019 I informed defendant A. Wren that I have outgoing legal mail while at San Quentin State Prison. The mail was clearly marked legal mail and was addressed to my attorney, Richard Braucher of the First Appellate District Project in Oakland California.

2. Plaintiff handed his legal mail to defendant A. Wren who logged the mail, when defendant Jaime-Danny grabbed the mail, opened the envelope and read the contents without my consent and defendant A. Wren allowed it to happen, violated my First, Sixth, and Fourteenth Amendment rights guaranteed under the United States Constitution.

ate District Project in Oakland California. I handed my mail to defendant Wren who logged the mail. Defendant Jaime-Daumy grabbed the mail, opened the envelope and began reading the contents, and then asks why the Office of Administrative Law document was in the envelope. I protested his actions and defendant Jaime-Daumy asked, in an intimidating manner, if there was a problem. I replied that the problem was defendant Jaime-Daumy reading my legal mail within eyesight of defendant Wren. I asked defendant Wren had he saw what defendant Jaime-Daumy was doing. Defendant Wren then told defendant Jaime-Daumy that Correctional Officials may not read inmates' legal confidential mail. Defendant Jaime-Daumy responded that he did not care about my legal mail or access to the Courts bullshit, and that he would read all outgoing mail. Defendant Jaime-Daumy directed obscene jokes and foul abusive language to me with the intent to cause further harm. I then proceeded to inform prison staff of defendant Jaime-Daumy's action.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff seeks Court's help with righting the wrong committed against me and the constitutional rights guaranteed to me by not one, but two "corrections officers" who showed me my rights as a prisoner under their watch, and care, means nothing even being a U.S. citizen. The Court find the plaintiff the balanced resolution granting Actual, Nominal, And Punitive damages for concrete violations by defendants, relief the court deems fit.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2-28-2023     [signature]
             Date                    Signature of Plaintiff

# Proof Of Service

On the date of 2-28-2023, I Tijue Adolphus McGhee, Did file a 42 U.S.C. §1983 Civil Rights Complaint with the United States District Court Northern District Of California in Alameda County city of Oakland. Did place with the Civil Rights Complaint By A Prisoner Under 42 U.S.C. §1983, this Proof Of Service By Mail.

I, Tijue Adolphus McGhee, do hereby declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and under the laws of the United States of America.

X [signature]

Date: 2-28-2023

Page 1 of 1.