UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. JAIME-DAUMY, et al.,<br><br>    Defendants. | Case No. 23-cv-00532-HSG<br><br>**ORDER REGARDING RECENT PLEADINGS** |

On February 7, 2023, the Court closed this case as opened in error because the documents commencing this case should have been filed in C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al*. Despite the closure of this case, Plaintiff continues to file documents in this closed case. On March 14, 2023, Plaintiff filed an amended complaint, Dkt. No. 9; a motion for leave to proceed *in forma pauperis*, Dkt. No. 10; and a letter alleging that prison officials have interfered with his application to proceed *in forma pauperis*, Dkt. No. 9. Dkt. No. 9 grieves the same June 23, 2019 incident that is the subject of C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al*. It therefore appears that these pleadings – Dkt. Nos. 8, 9, 10 – have been filed in this action in error. The Court is directed to re-file Dkt. Nos. 8, 9, 10 in C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al*. If Plaintiff wishes to seek relief for the alleged interference with his mail on June 23, 2019, he must bring those claims in C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al*. This case has been administratively closed and Plaintiff should not file any future pleadings in this action.

    **IT IS SO ORDERED.**

Dated: 3/24/2023

                                                            _____
                                                            HAYWOOD S. GILLIAM, JR.
                                                            United States District Judge