UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIJUE ADOLPHUS MCGHEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. JAIME-DAUMY, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00532-HSG<br><br>**ORDER REGARDING DOCKET NOS. 11, 12 13, 15**<br><br>Re: Dkt. Nos. 11, 12, 13, 15 |

On February 7, 2023, the Court closed this case as opened in error because the documents commencing this case should have been filed in C No. 20-cv-05135 HSG, *McGhee v. Brumfield, et al.* ("*McGhee I*"). Despite the closure of this case, Plaintiff continues to file documents in this closed case. On March 24, 2023, the Court directed the Clerk to re-file Dkt. Nos. 8, 9, 10 in *McGhee I*. The Court has since received and docketed additional pleadings from Plaintiff. These pleadings list the case number in this case but seek relief in the other case, *McGhee I*, including seeking to appeal the dismissal of *McGhee I*. *See* Dkt. Nos. 11, 12, 13, 15. To the extent that Dkt. Nos. 11, 12, 13, 15 seek relief from this Court, the Court DENIES the requests for relief because these motions seek relief related to *McGhee I* and are incorrectly filed in this action. If Plaintiff wishes to seek relief for the alleged interference with his mail on June 23, 2019, he must bring those claims in *McGhee I*. Future pleadings filed in this case seeking relief related to *McGhee I* will be summarily denied.

//

//

//

//

This order terminates Dkt. Nos. 11, 12, 13, 15.

**IT IS SO ORDERED.**

Dated: 5/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge