| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 28 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TIJUE ADOLPHUS McGHEE,

        Plaintiff-Appellant,

 v.

R. JAIME-DAUMY, Correctional Officer; RONALD BROOMFIELD, Warden,

        Defendants-Appellees.

No.   23-15435

D.C. No. 4:23-cv-00532-HSG
Northern District of California, Oakland

ORDER

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

Upon a review of the record, the response to the court's April 26, 2023 order to show cause, and the opening brief filed on May 15, 2023, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 3), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**

OSA159